JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE I. C., | CASE NO. CV 21-00158 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that decision of the Commissioner is reversed and this matter is remanded for reconsideration of Plaintiff's subjective allegations including, if appropriate, a closed period of disability.

DATED: September 30, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge